**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1104

TIMOTHY REEVES,

Plaintiff - Appellant,

v.

CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY MARYLAND; CIRCUIT COURT LAND RECORDS; ROBIN GILL BRIGHT, Lawyer; JOHN ANSELL; JEREMY B. WILKINS; ROBERT A. OLIVERI; AMANDA DRISCOLE; PAUL HEINMULLER; BROCK & SCOTT PLLC; HARVEY WEST AUCTIONEERS,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Brendan A. Hurson, District Judge.  (8:23-cv-02678-BAH)

Submitted:  April 18, 2024                                Decided:  April 22, 2024

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Timothy Reeves, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Reeves seeks to appeal the district court's orders dismissing his complaint as frivolous and denying his motion for reconsideration and for recusal. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order denying reconsideration on December 5, 2023. Reeves had 30 days, or until January 4, 2024, to file his notice of appeal. Reeves did not file his notice of appeal until January 30, 2024. Because Reeves failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2